SEALED

FILED

JUL 18 2016

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | (UNDER SEAL) |
| CECILIO ALANIZ, | 1: 16 MJ 0 0 0 8 7 SMS |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. This Order shall remain in effect until the defendant is arrested, at which time, the Complaint and other documents noted above will be unsealed.

July 16, 2016
DATED

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE