PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CECILIO ALANIZ,<br><br>            Defendant. | CASE NO.  1:15-CR-00329 DAD BAM<br><br>STIPULATION TO EXCLUDE TIME; AND ORDER |

The Unites States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, and the defendant, Cecilio Alaniz, by and through his attorney Nicco Capozzi, hereby stipulate that time should be excluded under the Speedy Trial Act from August 11, 2016, the date of defendant's arraignment, through August 31, 2016.  Good cause exists for the exclusion of time, namely, for review of discovery and defense investigation.

Dated:  August 15, 2016                           PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                            By:   Melanie L. Alsworth
                                                  MELANIE L. ALSWORTH
                                                  Assistant United States Attorney


                                                  CECILIO ALANIZ, Defendant

                                            By:   /s/ Nicco Capozzi
                                                  NICCO CAPOZZI
                                                  Attorney for Defendant

**ORDER**

For the reasons set forth above, the Court finds that good cause exists and that the ends of justice outweigh the public's and defendant's interest in a speedy trial. Time shall be excluded from August 11, 2016, through August 31, 2016.

IT IS SO ORDERED.

Dated:   **August 16, 2016**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE