Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Cecilio Alaniz, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 1:15-CR-00329 DAD BAM (004) |
| Plaintiff, | |
| vs. | **STIPULATION MODIFYING CONDITIONS OR RELEASE AND ORDER** |
| **Cecilio Alaniz, Jr.**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Cecilio Alaniz Jr., by and through his counsel, Nicco. Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kimberly Sanchez, that Defendant's Conditions of Release be modified to **remove** his location monitoring condition.

The stipulation is also supported by Mr. Dan Stark, United States Pretrial Services Officer.

Dated:     November 30, 2017          /s/Nicco Capozzi
                                                          Nicco Capozzi
                                                          Attorney for Defendant


Dated:     November 30, 2017          /s/Kimberly Sanchez
                                                          Kimberly Sanchez
                                                          Attorney for the United States

<u>**ORDER**</u>

**It is hereby ordered** that the following conditions be **removed** from Mr. Cecilio Alaniz Jr.'s

conditions of pre-trial release:

> You shall participate in the following location monitoring program
> component and abide by all the requirements of the program, which will
> include having a location monitoring unit installed in your residence and a
> radio frequency transmitter device attached to your person. You shall
> comply with all instructions for the use and operation of said devices as
> given to you by the Pretrial Services Agency and employees of the
> monitoring company. You shall pay all or part of the costs of the program
> based upon your ability to pay, as determined by the pretrial services officer;
> CURFEW: You shall remain inside your residence every day from 9:00 PM to
> 6:00 AM, or as adjusted by the pretrial services officer for medical, religious
> services, employment or Court-ordered obligations.

**It is hereby ordered** that all other pre-trial release conditions shall remain in full force and

effect.

IT IS SO ORDERED.

Dated: __**November 30, 2017**__     ___/s/ _Barbara A. McAuliffe_____
                                     UNITED STATES MAGISTRATE JUDGE