Amanda K. Moran, SBN 311090
MORAN LAW FIRM
1330 "L" Street, Suite A
Fresno, California 93721
*t              (559) 264-2688*
*f              (559) 264-2683*
info@moranlawfresno.com

Attorneys for Defendant, Cecilio Alaniz, Jr.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CECILIO ALANIZ, JR.,<br><br>Defendant. | No. **1:15-CR-00329-DAD-BAM**<br><br>**SEALING ORDER**<br><br><br><br>**JUDGE: Dale A. Drozd** |

BEFORE THE COURT is Defendant's request to seal exhibit A to his Reply to the Response to the Motion to Modify Sentence under 18 U.S.C. §3582(c)(1)(a). Being fully informed, and after due consideration of the balance between the public interest of access to court records and the defendant's privacy it is ORDERED that the Defendant's request to seal medical records (Exhibit A) is Granted.

IT IS SO ORDERED.

Dated:   **June 1, 2020**                         *Dale A. Drozd*
                                                                          UNITED STATES DISTRICT JUDGE

1